**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| JOYCE M. BATTISTONE, | ) | **Case No. 12-34874** |
| | ) | |
| Debtor. | ) | **Honorable Janet S. Baer** |
| | ) | **Hearing Date: Tuesday, August 6, 2013** |
| | ) | **Hearing Time: 10:00 a.m.** |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---:|
| Name of Applicant: | Perkins Coie LLP |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | December 12, 2012, retroactive to November 14, 2012 |
| Period for which compensation and reimbursement is sought: | November 14, 2012 to date |
| Amount of fees sought as actual, reasonable, and necessary: | $1,693.00 |
| Amount of expenses such as actual, reasonable, and necessary whole | $0.48 |

This is a(n):   __monthly        __ interim        _X_ final  application

The aggregate amount of fees and expenses paid to the applicant to date for services rendered and expenses incurred herein is: $0.00.

Date: July 2, 2013            By: */s/ Jordan Galassie*
                                  Jordan Galassie

81597-0010/LEGAL27020267.1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| JOYCE M. BATTISTONE, | ) | **Case No. 12-34874** |
| | ) | |
| Debtor. | ) | **Honorable Janet S. Baer** |
| | ) | **Hearing Date:** |
| | ) | **Hearing Time:** |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR PERKINS COIE LLP, COUNSEL FOR DEBORAH M. GUTFELD, TRUSTEE FOR THE CHAPTER SEVEN BANKRUPTCY ESTATE OF JOYCE M. BATTISTONE

Deborah M. Gutfeld, Chapter 7 Trustee in the above-captioned bankruptcy case ("Trustee"), pursuant to Section 330 of the United States Bankruptcy Code, requests that this Court enter an order authorizing payment by Trustee to Perkins Coie LLP ("PC"), counsel to the Trustee, of compensation in the amount of $1,693.00 for 4.6 actual hours of legal services rendered to Trustee, as well as reimbursement for certain necessary costs in the amount of $0.48, from November 14, 2012 to the present.

In support of this Application, Trustee states as follows:

### COMMENCEMENT OF PROCEEDING

1. On August 31, 2012, Debtor filed a Chapter 7 petition to initiate the above-captioned bankruptcy case and Deborah M. Gutfeld was appointed Trustee for this bankruptcy.

2. The Meeting of Creditors was held on October 25, 2012, when Trustee confirmed that Debtor was in possession of certain personal property that could be liquidated for the benefit of unsecured creditors.

3. On November 14, 2012, Debtor's counsel sent Trustee a settlement offer to purchase Debtor's vehicle from the bankruptcy estate.

4. On December 12, 2012, this Court entered an Order granting Trustee's application to employ PC as Trustee's counsel, retroactive to November 14, 2012.

5. All professional services for which compensation is requested herein were performed by PC and on behalf of Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for her services as trustee herein and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY PERKINS COIE LLP

6. PC has served as counsel for the Trustee at all times in these proceedings since its appointment on December 12, 2012, retroactive to November 14, 2012. PC has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT AND PROFESSIONAL PERSONS

7. PC prepared a retention motion and obtained court approval to retain PC as Trustee's counsel. In connection with the retention and request for payment, PC expended 0.5 hours, for which it requests compensation of $175.00. An itemized breakdown of current services rendered to Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Jordan G. Galassie | 0.5 |

#### B. ASSETS

8. In connection with assets for this bankruptcy estate, PC obtained court approval to sell the estate's interest in Debtor's vehicle. In connection with the sale of estate's interest in Debtor's vehicle, PC expended 4.1 hours, for which it requests compensation of $1,518.00. An

itemized breakdown of current services rendered to Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Charles R. Gibbs, Jr. | 3.3 |
| Deborah M. Gutfeld | 0.8 |

### C.   STATEMENT OF LEGAL SERVICES AND EXPENSES

9.   Since November 14, 2012, PC has devoted 4.6 hours to represent Trustee and has provided this estate with actual and necessary legal services worth $1,693.00.

10.   In addition to fees requested above, PC requests reimbursement for certain necessary costs in the amount of $0.48. Attached as **Exhibit B** is a breakdown of those costs.

11.   Attached as **Exhibit C** is a biographical sketch (including billing rates) of the PC personnel who performed services on this matter during the term of this Application.

12.   Attached as **Exhibit D** is Deborah M. Gutfeld's affidavit in support of the Application.

WHEREFORE, Trustee requests the entry of an order: a) authorizing payment to PC in the amount of $1,693.00 as compensation for actual, necessary, and valuable professional services rendered in this bankruptcy case; b) authorizing the reimbursement of certain necessary expenses in the amount of $0.48; and c) granting such other and further relief as this Court may be equitable and just.

DATED:  July 2, 2013                                  By: */s/ Jordan Galassie*
                                                                        Counsel for Deborah M. Gutfeld, Trustee

Jordan Galassie (ARDC #6301660)
**PERKINS COIE LLP**
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8463
Fax: (312) 324-9463

**EXHIBIT A(1)**

81597-0010/LEGAL27020267.1

**PERKINS COIE LLP**
July 2, 2013
Invoice No. 33569

Invoice No. 33569

For professional services rendered with regard to:

Re:     Professional Retention

December 12, 2012    J. Galassie    Review trustee's application to retain counsel and attend hearing regarding same (.5);

**TIMEKEEPER SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| J. Galassie | 0.5 | $350.00 | $175.00 |
| TOTAL HOURS | 0.5 | | |
| TOTAL FEES | | | $175.00 |
| **TOTAL FEES** | | | **$175.00** |

81597-0010/LEGAL27020267.1

# EXHIBIT A(2)

**PERKINS COIE LLP**
July 2, 2013
Invoice No. 33569

Invoice No. 33569

For professional services rendered with regard to:

Re:   <u>Assets</u>

| | | |
|---|---|---|
| November 14, 2012 | D. Gutfeld | Review correspondence from 722 Finance regarding sale of Debtor's interest in automobile (.2); conference with C. Gibbs regarding preparation of 9019 Motion regarding same (.3); review letter drafted in response to 722 Finance (.3); |
| November 15, 2012 | C. Gibbs | Call 722 Redemption regarding Battistone car and draft letter to 722 Finance regarding sale under Rule 9019 (.7); |
| November 19, 2012 | C. Gibbs | Complete draft of 9019 Motion to sell estate's interest in vehicle (.7); edit drafts of motion and circulate final version (.2); |
| December 10, 2012 | C. Gibbs | Communicate with Brandy Ashley at 722 Finance regarding 363 sale bank approval (.3); |
| December 11, 2012 | C. Gibbs | Prepare 363 motion for filing, incorporating edits and changes (.6); |
| January 7, 2013 | C. Gibbs | Appear on motion to sell estate's interest in automobile (.4); communicate with 722 Redemption directing payment of vehicle purchase funds (.1); |
| January 24, 2013 | C. Gibbs | Confirm via telephone conversation and email correspondence with 722 Redemption that all Trustee's duties regarding transfer of title and release of vehicle liens are satisfied (.3); |

**<u>TIMEKEEPER SUMMARY</u>**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| C. Gibbs | 3.3 | $340.00 | $1,122.00 |
| D. Gutfeld | 0.8 | $495.00 | $396.00 |
| **TOTAL HOURS** | 4.1 | | |
| **TOTAL FEES** | | | <u>$1,518.00</u> |
| **TOTAL FEES** | | | **$1,518.00** |

81597-0010/LEGAL27020267.1

# EXHIBIT B

81597-0010/LEGAL27020267.1

**PERKINS COIE LLP**
July 2, 2013
Invoice No. 33569

## EXPENSE SUMMARY

Invoice No. 33569

For professional services rendered with regard to:

Re:   General - Costs Only

**DISBURSEMENTS**

| November 27, 2012 | Long distance telephone charges | $0.48 |

**DISBURSEMENTS SUMMARY**

| Long distance telephone charges | $0.48 |
| **TOTAL DISBURSEMENTS** | $0.48 |

# EXHIBIT C

## BIOGRAPHICAL INFORMATION

**Deborah M. Gutfeld** is senior counsel with the law firm of Perkins Coie LLP. She concentrates her practice in the area of bankruptcy and workouts. Ms. Gutfeld received her bachelor's degree from Indiana University in 1997 and her Juris Doctorate from Northwestern University Law School in 2000. Ms. Gutfeld's 2012 hourly billing rate was $495.00. Ms. Gutfeld's 2013 hourly billing rate is $525.00.

**Jordan G. Galassie** is an associate with the law firm of Perkins Coie LLP. She concentrates her practice in the area of business with a focus on financial restructuring and bankruptcy, as well as commercial real estate foreclosures and workouts. Ms. Galassie received her bachelor's degree from Marquette University in 2002 and her Juris Doctorate from the John Marshall Law School in 2010. Ms. Galassie's 2012 hourly billing rate was $350.00. Ms. Galassie's 2013 hourly billing rate is $395.00.

**Charles R. Gibbs, Jr.** is an associate with the law firm of Perkins Coie LLP. He concentrates his practice in the area of commercial litigation and bankruptcy. Mr. Gibbs received his bachelor's degree from New England Conservatory of Music in 2005 and his Juris Doctorate from University of Illinois College of Law in 2012. Mr. Gibbs' 2012 hourly billing rate was $340.00. Mr. Gibbs' 2013 hourly billing rate is $340.00.

# EXHIBIT D

81597-0010/LEGAL27020267.1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| JOYCE M. BATTISTONE, | ) | **Case No. 12-34874** |
| | ) | |
| Debtor. | ) | **Honorable Janet S. Baer** |

**STATE OF ILLINOIS** )
                                 ) SS
**COUNTY OF COOK** )

I, Deborah M. Gutfeld, on oath, state as follows:

1. I have been senior counsel with the law firm of Perkins Coie LLP ("PC") from December 2011 through the present, including at all times relevant to this Application, and I am the Trustee for the above-referenced Debtor.

2. This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for PC (the "Application").

3. In the ordinary course of PC's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of PC's business, the information on the timesheets is entered into PC's computer system.

5. In the ordinary course of PC's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of PC's business, the billing partner reviews the pro forma.

81597-0010/LEGAL27020267.1

7. In the ordinary course of PC's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9. I personally reviewed the pro formas for this estate each month and am familiar with PC's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of PC's business, and it is part of the ordinary course of PC's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

*/s/ Deborah M. Gutfeld*
Deborah M. Gutfeld

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT