UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Joyce M. Battistone                 §      Case No. 12-34874
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bmo Harris Bank Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Associated Bank | | | | | |
| Perkins Coie LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | ARS National Services 201 W. Grand Avenue Escondido, CA 92025 | | | | | |
| | Cardmember Services PO Box 15548 Wilmington, DE 19886 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | MRS 1930 Olney Ave. Cherry Hill, NJ 08003 | | | | | |
| | Noveck & Moore, PC 401 Hall St SW Grand Rapids, MI 49503 | | | | | |
| | RAB PO Box 34111 Memphis, TN 38184 | | | | | |
| | Regional Adjustment 1900 Charles Bryan Ste 110 Memphis, TN 38016 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U S Bank 101 5th St E Ste A Saint Paul, MN 55101 | | | | | |
| | United Collection Bureau 5620 Southwyck Blvd, Suite 206 Toledo, OH 43614 | | | | | |
| | United Recovery Services 201 W Grand Ave Escondido, CA 92025 | | | | | |
| | Zwicker & Assoc 80 Minuteman Rd Andover, MA 01810 | | | | | |
| 1 | American Express Centurion Bank | | | | | |
| 2 | Portfolio Recovery Associates, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-34874 | JSB | Judge: | Janet S. Baer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Joyce M. Battistone | | | | Date Filed (f) or Converted (c): | 08/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/25/2012 |
| For Period Ending: | 12/24/2013 | | | | Claims Bar Date: | 01/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate Located At 465 Horizon Dr. Bartlett, Il 60103 | 166,975.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account With Harris | 50.00 | 50.00 | | 0.00 | FA |
| 3.  Savings Account With Corporate America Family Credit Union | 25.00 | 25.00 | | 0.00 | FA |
| 4.  Miscellaneous Used Household Goods And Furnishings | 300.00 | 300.00 | | 0.00 | FA |
| 5.  Books, Pictures, And Cd's | 85.00 | 85.00 | | 0.00 | FA |
| 6.  Wearing Apparel | 575.00 | 0.00 | | 0.00 | FA |
| 7.  Miscellaneous Costume Jewelry | 25.00 | 25.00 | | 0.00 | FA |
| 8.  401(K) / Retirement Plan Through Employer - 100% Exempt. | 3,000.00 | 0.00 | | 0.00 | FA |
| 9.  $600.00 Worth Of Ford Stock | 600.00 | 600.00 | | 0.00 | FA |
| 10. 2011 Tax Refund Of $989.00 Was Received Prior To Filing And | 0.00 | 0.00 | | 0.00 | FA |
| 11. Potential For Lawsuit Against Calvin Gondon Who Cheated Debt | 0.00 | 0.00 | | 0.00 | FA |
| 12. Automobile - 2008 Toyota Rav 4 Limited - 55,000 Miles - Curr | 15,000.00 | 5,336.00 | | 5,000.00 | FA |
| 13. 5 Cats | 10.00 | 10.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $186,645.00 | $6,431.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on approval of TFR and Applications for Compensation scheduled for August 6, 2013.

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-34874 | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|
| Case Name: | Joyce M. Battistone | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6318 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9318 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 12/24/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/13 | 12 | 722 Redemption Funding Disbursement Account<br>7901 Vine St., Suite 200<br>Cincinnati, OH 45216 | 2008 Toyota Rav 4 Limited | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 04/05/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 05/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 08/06/13 | 301 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,710.00 |
| 08/06/13 | 302 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,693.48 | $2,016.52 |
| 08/06/13 | 303 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 4.33 % per court order. | 7100-000 | | $671.03 | $1,345.49 |
| 08/06/13 | 304 | Portfolio Recovery Associates, Llc<br>(Us Bank National Association Nd)<br>(Credit Line)<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 2 representing a payment of 4.33 % per court order. | 7100-000 | | $1,345.49 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Page Subtotals: | $5,000.00 | $5,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6318 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:                              $0.00             $0.00